IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 1:21-CR-014-DJS |
| | ) | |
| v. | ) | **Information** |
| | ) | |
| **MARLON CHARLTON,** | ) | Violation: 50 U.S.C. § 797 |
| | ) | [Violation of Defense Property |
| | ) | Security Regulations] |
| **Defendant.** | ) | |
| | ) | |
| | ) | |
| | ) | 1 Count |
| | ) | |
| | ) | County of Offense: Albany |

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
**Jan 12 - 2021**
AT **9** O'CLOCK **22** MINUTES
John M. Domurad, Clerk

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
[**Violation of Defense Property Security Regulations**]

On or about July 29, 2020, in Albany County in the Northern District of New York, the defendant, **MARLON CHARLTON**, willfully violated a defense property security regulation at the Watervliet Arsenal by photographing and publishing Watervliet Arsenal's machinery, equipment, and other covered property, in violation of Title 50, United States Code, Section 797.

Dated: January 11, 2021

ANTOINETTE T. BACON
Acting United States Attorney

By: *[signature]*

Alexander P. Wentworth-Ping
Assistant United States Attorney
Bar Roll No. 701897